IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| BIN ZHANG | : 1:24CR353-1 |
| JIAN CAO | : 1:24CR353-2 |

The Grand Jury charges:

*Introductory Allegations*

At all times relevant to this Indictment:

1. From on or about June 16, 2020, continuing up to and including on or about August 29, 2022, the exact dates to the Grand Jurors unknown, BIN ZHANG, JIAN CAO, and others, worked as operators and managers of illicit, unregistered massage businesses (IMBs) located in Winston-Salem, North Carolina, which derived revenues from the promotion of and engagement in prostitution.

2. Beginning in at least 2020 and continuing through August of 2022, the exact dates to the Grand Jurors unknown, BIN ZHANG owned and managed Summer Orchis, located at 4725 Benton Road in Winston-Salem, North Carolina.

3. Female employees within the IMBs performed commercial sex acts for customers in exchange for cash payments. BIN ZHANG and JIAN CAO provided essential services, food, and water for the women engaged in the prostitution.

4. BIN ZHANG and JIAN CAO traveled to the massage parlors located around Winston-Salem to transport the female employees and to collect prostitution proceeds. The female employees who engaged in the prostitution had no known local ties to the community and were often moved to other parlors in Winston-Salem and out of state.

*Manner and Means of the Conspiracy*

5. It was a part of the conspiracy that BIN ZHANG, JIAN CAO, and other conspirators established, owned, and managed business enterprises involving prostitution, including Lotus Winds and Summer Orchis, purporting to be legitimate massage parlors.

6. It was part of the conspiracy that BIN ZHANG, JIAN CAO, and other conspirators communicated with each other in efforts to avoid law enforcement detection and to profit from the operation of the IMBs.

7. It was part of the conspiracy that BIN ZHANG and JIAN CAO transported proceeds of the IMBs, to wit, U.S. currency, by car from the IMBs to their home in California in order to conceal and avoid detection from law enforcement.

8. It was part of the conspiracy that BIN ZHANG, JIAN CAO, and others converted some of the proceeds of the IMBs into money orders in order to avoid detection from law enforcement.

9. It was further part of the conspiracy that BIN ZHANG, JIAN CAO, and others used the mail to send proceeds of the IMBs to avoid detection from law enforcement.

## COUNT ONE

10. The allegations set forth in paragraphs 1-9 are incorporated herein by reference as if fully set forth below.

11. From on or about June 16, 2020, continuing up to and including on or about August 29, 2022, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, BIN ZHANG, JIAN CAO, and divers other persons, known and unknown to the Grand Jurors, did knowingly combine, conspire, confederate, and agree together and with each other to commit offenses against laws of the the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, to use facilities in interstate commerce to promote prostitution in violation of Title 18, United States Code, Sections 1952(a)(3) and 2, knowing that the transactions were designed in

whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT TWO

On or about August 12, 2020, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, BIN ZHANG did use the mail, to wit: private carrier United Parcel Service (UPS), with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, promoting prostitution in violation of N.C. Gen. Stat. §14-205.3(a), and thereafter did perform and attempt to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT THREE

On or about September 26, 2021, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, BIN ZHANG and JIAN CAO, did

4

travel in interstate and foreign commerce with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, promoting prostitution in violation of N.C. Gen. Stat. §14-205.3(a), and thereafter did perform and attempt to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(3).

DATED: November 25, 2024

SANDRA J. HAIRSTON
United States Attorney

*Nicole R Dupre'*
BY: NICOLE R. DUPRE
Assistant United States Attorney

*Nicole R Dupre' for AEW*
BY: ASHLEY E. WAID
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

5